IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LORRIANNE M. PAULY,            )
                               )
          Plaintiff,           )           8:06CV386
                               )
     v.                        )
                               )
GC SERVICES, LIMITED           )           ORDER
PARTNERSHIP,                   )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion to withdraw attachment (Filing No. 17). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant may withdraw Attachment No. 1 to Filing No. 14.

DATED this 1st day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court