IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LORRIANNE M. PAULY,            )
                               )
          Plaintiff,           )          8:06CV386
                               )
     v.                        )
                               )
GC SERVICES, LIMITED           )
PARTNERSHIP,                   )
                               )
          Defendant.           )
_____)
JOANN M. PAULY,                )
                               )
          Plaintiff,           )          8:06CV704
                               )
     v.                        )
                               )
GC SERVICES, LIMITED           )          ORDER
PARTNERSHIP,                   )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion for status conference and for fees (Filing No. 25 in 8:06CV386; Filing No. 28 in 8:06CV704); notice of compliance and withdrawal of motion for status conference (Filing No. 26 in 8:06CV386; Filing No. 29 in 8:06CV704); on the stipulation for dismissal with prejudice (Filing No. 27 in 8:06CV386); and notice of dismissal with prejudice (Filing No. 30 in 8:06CV704). Accordingly,

IT IS ORDERED:

1) The motions for status conference and for fees are denied as moot;

2) The stipulation for dismissal and the notice of dismissal are approved and adopted.  These actions are dismissed with prejudice, each party to pay its own fees and costs to the extent not provided in the settlement agreement.

DATED this 29th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court